IN THE UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

JAMES WILSON, et al.,

        Plaintiffs,                No. CIV S-12-1413 KJM AC

    v.

HOUSEHOLD FINANCE
CORPORATION, et al.,            ORDER

        Defendants.
_____/

        On March 29, 2013, the parties appeared for a preliminary telephonic status conference. September Katje appeared for plaintiffs James Wilson, Pauline Wilson and Pam Croysdil; Paul Grammatico for defendants Household Finance Corporation and Housekey Financial Corporation. After discussing the case with the parties, the court orders as follows:

        1. Initial disclosures are due within twenty-one days of the date of this order; and

        2. The parties' joint statement concerning their preferred method of settlement discussion and the approximate time for those proceedings is due within fourteen days of the date of this order.

        IT IS SO ORDERED.

DATED: April 26, 2013.

                                          UNITED STATES DISTRICT JUDGE

1